■ JOSEPH P. ORZO, as Administrator of the Estate of MARY O. ROSEN, Deceased, Appellant, v. WARNER'S MOTOR EXPRESS, INC., et al., Respondents.—

Two orders of the Supreme Court, Queens County, dated September 28, 1971 and January 31, 1972, respectively, affirmed, with one bill of $20 costs and disbursements to respondent, Warner's Motor Express, Inc., against appellant, Joseph P. Orzo, as administrator of the estate of Mary Orzo Rosen, deceased. We are not passing upon the right of plaintiff in the in rem action to proceed. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.